UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK MCINTOSH,<br><br>                              Plaintiff,<br>-vs-<br><br>WILLIAMS & FUDGE, INC.,<br><br>                              Defendant. | *Civil Action No. 10-CV-6153* |

### STIPULATION FOR DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that whereas neither party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above-entitled action be discontinued as against Defendant Williams & Fudge, Inc., with prejudice, without costs to any party as against the others.

Dated: February 8, 2011

_____
Frank J. Borgese, Esq.
Graham Law, P.C.
*Attorneys for Plaintiff*
1207 Delaware Ave., Suite 202
Buffalo, New York 14209
fborgese@grahamlawpc.com

_____
Glenn Fjermedal, Esq.
Davidson-Fink, LLP
*Attorneys for Defendant*
28 East Main Street, Suite 1700
Rochester, NY 14614
gfjermedal@davidsonfink.com