UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK MCINTOSH,<br><br>　　　　　　　　　　Plaintiff,<br><br>-vs-<br><br>WILLIAMS & FUDGE, INC.,<br><br>　　　　　　　　　　Defendant. | *Civil Action No. 10-CV-6153* |

**STIPULATION FOR DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that whereas neither party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above-entitled action be discontinued as against Defendant Williams & Fudge, Inc., with prejudice, without costs to any party as against the others.

Dated: February 8, 2011

_____
**Frank J. Borgese, Esq.**
Graham Law, P.C.
*Attorneys for Plaintiff*
1207 Delaware Ave., Suite 202
Buffalo, New York 14209
fborgese@grahamlawpc.com

_____
**Glenn Fjermedal, Esq.**
Davidson-Fink, LLP
*Attorneys for Defendant*
28 East Main Street, Suite 1700
Rochester, NY 14614
gfjermedal@davidsonfink.com

SO ORDERED:
_____
HON. MARIAN W. PAYSON
U.S. Magistrate Judge
Dated: 2/11/11